# Law Offices of Joel B. Rudin, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

HARAN TAE
JACOB "COBY" LOUP

GEORGE R. GOLTZER
(OF COUNSEL)

April 18, 2018

**By ECF**

Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Benitez v. City of New York, et al.*
      Dkt. No. 17-cv-03827 (SJ)(SJB)

Dear Judge Bulsara:

With leave of the court granted yesterday, Plaintiff submits the following additional case citations which address the issue, raised in Defendants' reply brief, of whether the three-part test cited in Defendants' opening memorandum (requiring, *inter alia*, a "strong showing"), or the more lenient standard of "not unfounded in the law" suggested in Defendants' reply memorandum, should be applied:

- *Mirra v. Jordan*, No. 15CV4100ATKNF, 2016 WL 889559, at *2 (S.D.N.Y. Mar. 1, 2016 (Fox, M.J.)

- *Hong Leong Fin. Ltd. (Singapore) v. Pinnacle Performance Ltd.*, 297 F.R.D. 69, 72 (S.D.N.Y. 2013) (Gorenstein, M.J.)

- *Bachayeva v. Americare Certified Special Servs., Inc.*, No. 12-CV-1466 RRM SMG, 2013 WL 4495672, at *4 (E.D.N.Y. Aug. 20, 2013) (Mauskopf, D.J.)

- *Hollins v. U.S. Tennis Ass'n*, 469 F. Supp. 2d 67, 78 (E.D.N.Y. 2006) (Go, M.J.)

- *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007)

- *U.S. S.E.C. v. Citigroup Global Mkts. Inc.*, 673 F.3d 158, 162-63 (2d Cir. 2012) (cited by *Hong Leong, supra*)

Plaintiff also notes that the *Negrete* case, upon which Defendants rely in support of their argument that the "not unfounded in law" standard should apply, also cites as the applicable standard the three-part test requiring a "strong showing." *Negrete v. Citibank, N.A.*, No. 15 CIV. 7250 (RWS), 2015 WL 8207466 (S.D.N.Y. Dec. 7, 2015) (Sweet, D.J.).

**LAW OFFICES OF JOEL B. RUDIN, P.C.**

Honorable Sanket J. Bulsara
April 18, 2018
Page 2

Thank you for Your Honor's consideration.

Respectfully submitted,

Joel B. Rudin

cc: Erin Ryan, Esq. (by ECF)
Assistant Corporation Counsel
*Counsel for Defendants*