| | | | | Crime/Condition | Command |
|---|---|---|---|---|---|
| **COMPLAINT - FOLLOW UP** | | | | ROBBERY | 100-100TH PRECINCT |
| **INFORMATIONAL REPORT - GENERAL INVESTIGATION** | | | | | Date of This Report 06/25/2009 |

| Date of UF61 | Date Case Assigned | Complaint No. | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|---|
| 06/24/2009 | 06/24/2009 | 2009-100-01623 | 2009 - 57 | SQUAD | 4 |

| Reference Case No | Command | Complaint No |
|---|---|---|
| 2009 - 57 | 330-DET SQD. QNS-100 | 2009- 100- 1623 |

| Complainant's Name | Address | Apt No. |
|---|---|---|
| JOHNSON, BERNADETE | | |

**Nickname/Alias/Middle Name**

| Sex | Race | Date of Birth | Age | | |
|---|---|---|---|---|---|
| FEMALE | BLACK | | 23 | | |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address | |
| | | | | UNKNOWN@100PDU.COM | |

| Person Interviewed Last Name, First M.I. | Address | Apt No. |
|---|---|---|
| JOHNSON, BERNADETE | | |

**Nickname/Alias/Middle Name**

| Position/Relationship | Sex | Race | Date of Birth | Age |
|---|---|---|---|---|
| | FEMALE | BLACK | | 23 |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |
| | | | | UNKNOWN@100PDU.COM |

| Activity Date | Activity Time |
|---|---|
| 06/25/2009 | 04:30 |

**Topic/Subject:**
VICTIMOLOGY

**Summary of Investigation:**
1. On June 25, 2009, at approximately 0430 hours the undersigned detective did perform the following computer checks on the complainant Bernadette Johnson DOB ▇▇▇.

OCGL check the complainant has filed 4 previous complaint reports
1. 03/17/2005 in the 73 pct for public lewdness 61 #2005-73-2387
2. 07/09/2007 in the 100 pct for Harassment 61 #2007-100-1816
3. 09/08/2000 in the 115 pct. for Assault 3 61 #2000-115-10041
4. 01/28/2000 in the 115 pct. for missing person 61 #2000-115-001001

Arrest history check and the complainant has been arrested on 1 occassion in the 100 pct detective squad for menacing CPW by PO Lavin. arrest #Q03615230. The complainant menaced her uncle with a kitchen knife.

Domestic history check. The complainant had 4 domestic incident reports.
On 07/09/2007 dispute with her uncle Mark Jefferson
On 05/26/2003 dispute with her uncle Mark Jefferson
On 11/20/2003 dispute with her Father Vernon Johnson
On 09/07/2004 dispute with her father Vernon Johnson

Photo Manager check and no photo on file.

2. For your information case active.

| Reporting Officer: | Rank | Name | | Tax Reg. No. | Command |
|---|---|---|---|---|---|
| | DT3 | THOMAS MARRONE | | | 330-100 DET SQUAD |
| Reviewing Supervisor: | Manner of Closing | Date Reviewed | Date of Next Review | Name | Supv. Tax No. |
| | - | 07/01/2009 | | DONNA BARTOLDUS | |

**BENITEZ 07594**