

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Richard Bahrenburg**
*Assistant Corporation Counsel*
*Phone: (212) 356-2557*
*Fax: (212) 356-4811*
*rbahrenb@law.nyc.gov*

<u>**Via ECF**</u>                                                              May 13, 2020
The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:   <u>Benitez v. The City of New York, et al.,</u> 17-CV-3827 (SJ) (SJB)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and am assigned to represent Defendants in the above-referenced matter.

      Defendants write to respectfully notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties are in the process of preparing the necessary settlement paperwork and will forward a Stipulation of Dismissal to the Court as soon as possible. Accordingly, Defendants respectfully request that all deadlines be adjourned *sine die*.

      Defendants thank the Court for its attention to this matter.

                          Respectfully submitted,

                          *Richard Bahrenburg* /s/

                          Richard Bahrenburg

CC: All Counsel