UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

RICARDO BENITEZ,

                                                 Plaintiff,

-against-

CITY OF NEW YORK, RAUL LOPEZ, FRANK LIBRETTO,
SERGEANT STAMM, TINA GRILLO,

                                                 Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17-CV-3827 (SJ) (SJB)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York

May 21, 2020

| | |
|---|---|
| LAW OFFICES OF JOEL B. RUDIN, P.C.<br>*Attorneys for Plaintiff*<br>152 West 57th Street, 8th Floor<br>New York, New York 10019 | JAMES E. JOHNSON<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,*<br>*Lopez, Stamm, Libretto, and Grillo*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *[signature]*<br>Joel B. Rudin<br>*Attorney for Plaintiff* | By: *[signature: Erin T. Ryan]*<br>Erin Ryan<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE

Dated: _____, 2020